**Clifford Scott EATON Plaintiff-Appellant**

v.

**UNITED STATES of America Defendant-Appellee**

No. 17-1128

United States Court of Appeals, Eighth Circuit.

Submitted: August 29, 2017

Filed: September 14, 2017

Clifford Scott Eaton, Pro Se

Jamie Goss Dempsey, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Arkansas, Little Rock, AR, for Defendant-Appellee

Before LOKEN, GRUENDER, and SHEPHERD, Circuit Judges.

PER CURIAM.

Federal inmate Clifford Eaton appeals after the district court[1] adversely granted summary judgment in his action under the Federal Tort Claims Act.

After careful *de novo* review of the summary judgment decision, *see Johnson v. Blaukat*, 453 F.3d 1108, 1112 (8th Cir. 2006) (standard of review), we affirm for

the reasons stated by the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.